FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 08 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
12/7/15

Dec 4, 2015

Re: Ronney Earl Williams V. The State of Texas
Case # 14-15-00837-CR
T.Ct. # 1476283

Dear Clerk,

Please be advised I received the White Card on this date informing me of the Clerk's record has been received and filed. I have not yet been afforded Appellant's Copy of Said record to attest to the validity of Said Matters, however, Appellant has not been appointed Counsel to pursue the Appeal and/or Perfect Appeal pursuant to TRAP 26 et. seg.,

Appellant has also request Copy of reporter's record which has not been received to this date, if there's any rules that preclude me from Such, please, inform me of Such and Send Copy thereof.

Your Courtesy herein is greatly appreciated!

Sincerely,
Ronney Earl Williams

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Romney Earl Williams
SPN: 01051897 Cell: 3H2
Street: 1200 Baker St.

Houston, Texas 77002

INDIGENT

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 4W
0000334684 DEC. 07. 2015.

Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

77:002:2062 C016